UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA SALOME JUAREZ BAUTISTA,

Petitioner,

v. Case No. 3:26-cv-2391-MMH-LLL

DIVISION CHIEF DANIEL ENGERT, et al.,

Respondents.

---

**ORDER OF TRANSFER**

Petitioner, through counsel, initiated this case by filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1). At the time of filing, Petitioner was located in the Western District of Louisiana.[1] See Doc. 6-1 (detention history); see also Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

[1] Petitioner asserts that on September 13, 2026, the day that counsel filed the Petition, the United States Immigration and Customs Enforcement (ICE) detainee locator system identified the relevant Enforcement and Removal Operations Office as Krome, Miami. Doc. 7 at 3. The system also showed the following: "Current Detention Facility: Call ICE For Details." Id. However, it appears that, at that time, ICE had not yet updated their system to reflect Petitioner's current location, and counsel seemingly failed to contact ICE about Petitioner's current location.

Therefore, this case is transferred to the Western District of Louisiana for all further proceedings. The **Clerk** shall immediately forward the file to that District and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of October, 2026.

MARCIA MORALES HOWARD
United States District Judge

caw 10/21
c:
Counsel of Record